**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Chardee Parker, individually and on behalf of all others similarly situated,,

                    Plaintiff,

                    -against-

Credence Resource Management LLC,

                    Defendant.

Docket No: 2:17-cv-02807-JFB-GRB

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that the above-captioned action is voluntarily dismissed with

prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear

its respective attorney's fees and costs.

Dated: February 6, 2018

**SESSIONS, FISHMAN, NATHAN &**
**ISRAEL, L.L.C.**

By:    /s Aaron Easley
Aaron Easley, Esq.
3 Cross Creek Drive
 Flemington, New Jersey 08822
Tel: (908) 237-1660
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:    /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113268
*Attorneys for Plaintiff*